UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC HASEMANN, ET AL., | : |
| Plaintiffs, | : CASE NO. 3:08-cv-762-JBA |
| v. | : |
| M & M COMMUNICATIONS, INC., ET AL., | : |
| Defendants. | : AUGUST 17, 2009 |

## STIPULATION OF DISMISSAL

In accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Richard Garrett and Mark Jaworski, the plaintiffs herein, on the one hand, and M & M Communications, Inc., and CoxCom, Inc., d/b/a Cox Communications New England, improperly named herein as Cox Communications, Inc., the defendants herein, on the other hand, by and through their undersigned attorneys, that the plaintiffs' complaint, as amended, may and shall be dismissed with prejudice and without costs or attorney's fees.

RICHARD GARRETT
and MARK JAWORSKI


By: _____/s/_____
    Todd D. Steigman
    Federal Bar No. ct26875
    Madsen, Prestley & Parenteau, LLC
    44 Capitol Avenue, Suite 201
    Hartford, CT 06106
    Telephone: (860) 246-2466
    Facsimile: (860) 246-1794
    Email:
    tsteigman@mppjustice.com.


**M & M COMMUNICATIONS, INC.**


By: _____/s/_____
    Hugh W. Cuthbertson
    Federal Bar No. ct04133
    Zangari Hershman P.C.
    59 Elm Street, Suite 400
    New Haven, CT 06510
    Telephone: (203) 789-0001
    Facsimile: (203) 782-2766
    Email:
    hcuthbertson@z-hlaw.com.


**COXCOM, INC. d/b/a COX
COMMUNICATIONS NEW ENGLAND**

By: _____/s/_____
    Michael J. Ossip
    Federal Bar Number PhV02738
    Visiting Attorney
    Morgan Lewis & Brockius, LLP
    1701 Market Street
    Philadelphia, PA  19103
    Telephone: (215) 963-5761
    Facsimile: (215) 963-5001
    Email: mossip@morganlewis.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2009, a copy of the foregoing Stipulation of Dismissal, dated August 17, 2009, was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                                   /s/
                                                   Hugh W. Cuthbertson